FILED: September 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4526
(1:24-cr-00042-TSK-MJA-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

STEVEN DAVID SEEGER, a/k/a Stephen David Seeger

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
| Originating Case Number | 1:24-cr-00042-TSK-MJA-1 |
| Date notice of appeal filed in originating court: | 09/24/2025 |
| Appellant(s) | Steven David Seeger |
| Appellate Case Number | 25-4526 |
| Case Manager | A. Brownlee<br>804-916-2702 |