**CASE NO. 25-4526**

IN THE COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**
**Appellee,**

vs.

**STEVEN SEEGER,**
**Appellant.**

On Appeal from the Northern District of West Virginia,
The Honorable Thomas Kleeh, presiding.

**MOTION FOR EXTENSION OF TIME TO FILE THE
OPENING BRIEF AND JOINT APPENDIX**

      Undersigned counsel respectfully requests a one-month extension to file the opening brief and joint appendix in this case. It is currently due December 29, 2025. Counsel respectfully asks for a due date of **January 28, 2026**. Despite consistent efforts to communicate with her client who is housed at Victorville Medium II FCI—counsel has reached out the institution 9 times, including our last communications with the legal department on December 19, 2025, since December 1, 2025, shortly

after her client arrived at Victorville and when we would have expected him to have phone privileges established-- counsel has not been able to discuss the draft of the brief with her client. Counsel asks for additional time to make contact with her client and review these matters prior to submitting the brief. Additionally, counsel has conferred with Kimberley Crockett of the US Attorney's Office and counsel is obtaining additional documents she has requested be included in the Joint Appendix. Those efforts are ongoing but should be completed shortly.

      Counsel has conferred with Ms. Crockett regarding this request, and she does not have any opposition.

Respectfully submitted,

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

Counsel for Steven Seeger