# CASE NO. 25-4526

# IN THE COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**
Appellee,

vs.

**STEVEN SEEGER,**
Appellant.

On Appeal from the Northern District of West Virginia,
The Honorable Thomas Kleeh, presiding.

# MOTION FOR EXTENSION OF TIME TO FILE THE
# OPENING BRIEF AND JOINT APPENDIX

Undersigned counsel respectfully requests a second one-month extension to file the opening brief and joint appendix in this case. It is currently due January 28, 2026. Counsel has only recently (on January 21, 2026) been able to speak with her client about this case due to difficulties scheduling a legal phone call, but her client has not yet had the opportunity to review the brief. Counsel asks for additional time for her client to review the brief and discuss the case prior to submitting the brief.

1

Additionally, counsel has conferred with Kimberley Crockett of the US Attorney's Office and counsel has secured the additional documents requested to be included.

Counsel also has significant caseload issues including an oral argument in the Seventh Circuit Court of Appeals on February 11, 2026, *US v. Keith Jones*, 24-1409, and a brief due in the Fifth Circuit Court of Appeals on February 4, 2026, *US v. Charlie Simpson*, 25-30580. Counsel respectfully requests a due date of **February 26, 2026.**

Counsel has conferred with Ms. Crockett regarding this request, and she does not have any opposition.

                                            Respectfully submitted,

                                            /s/ Elizabeth Franklin-Best
                                            Elizabeth Franklin-Best, P.C.
                                            3710 Landmark Drive, Suite 113
                                            Columbia, South Carolina 29204
                                            (803) 445-1333
                                            elizabeth@franklinbestlaw.com

                                            Counsel for Steven Seeger