UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4526
(1:24-cr-00042-TSK-MJA-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

STEVEN DAVID SEEGER, a/k/a Stephen David Seeger

      Defendant - Appellant

**NOTICE OF APPEARANCE**

The undersigned, Martin P. Sheehan, Esq., and Sheehan and Associates, PLLC, hereby enter an appearance on behalf of the Defendant - Appellant, Steven David Seeger. The undersigned is entering this appearance in addition to the prior appearance of Elizabeth Anne Franklin-Best.

                        Respectfully submitted,
                        s/ *Martin P. Sheehan,*
                        Martin P. Sheehan, Esq.,

W.Va. Bar No. 4812
Sheehan & Associates, PLLC
1140 Main St., Suite 333
Wheeling, WV 26003
(304) 232-1064
Martin@MSheehanLaw.net
Paralegal@MSheehanLaw.net

## CERTIFICATE OF SERVICE

I, Martin P. Sheehan, did file this document with the Clerk of the United States Court of Appeals for the Fourth Circuit on this 4th day of February 2026 via CM/ECF. That caused service to be made on Assistant United States Attorney Kimberley D. Crockett and Morgan McKee, and on Elizabeth Anne Franklin-Best at their e-mail addresses of record.

                                                                  s/ *Martin P. Sheehan,*
                                                                  Martin P. Sheehan, Esq.,

Sheehan & Associates, PLLC
1140 Main St., Suite 333
Wheeling, WV 26003
(304) 232-1064
Martin@MSheehanLaw.net
Paralegal@MSheehanLaw.net