FILED: February 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4526
(1:24-cr-00042-TSK-MJA-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

STEVEN DAVID SEEGER, a/k/a Stephen David Seeger

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume numbers II and III under seal.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk