IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Appellee,** | |
| | **APPEAL NO. 25-4526** |
| **v.** | |
| **STEVEN SEEGER,** | |
| **Appellant.** | |

## MOTION OF THE UNITED STATES
## FOR AN EXTENSION OF TIME TO FILE A RESPONSE BRIEF

Now comes the United States of America and Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, by Kimberley D. Crockett, Assistant United States Attorney for said District, and states as follows:

The United States would move the Court to extend the deadline for the Government's response brief to April 20, 2026. In support of said motion, undersigned counsel avers that she is preparing for two (2) trials both set to begin on April 20, 2026, with no indication as to which case will proceed first. Government's counsel sought a sixty-day continuance from Defense counsel to incorporate time after the trials completed to finish up its response; unfortunately, defense counsel is only able to agree to a 30-day extension on behalf of her client. The United States will make every effort to complete its response by the April 20, 2026 deadline, but

may still need to seek additional time. As noted above, the Government has conferred with counsel for Appellant Seeger regarding the requested extension, who has no objection to this 30-day extension of the deadline.

Wherefore, for all of these reasons, the United States moves the court to extend the period for the filing of the response brief until April 20, 2026.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By:    /s/ Kimberley D. Crockett
Kimberley D. Crockett
Assistant United States Attorney

## Certificate of Service

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on March 20, 2026, the *foregoing Motion of The United States for an Extension of Time to File a Response Brief* was electronically filed with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

Elizabeth Franklin-Best
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204

           MATTHEW L. HARVEY
           UNITED STATES ATTORNEY

By:   /s/Kimberley D. Crockett
       Kimberley D. Crockett
       Assistant U. S. Attorney
       217 West King Street, Suite 400
       Martinsburg, WV 25401
       (304) 262-0590
       Fax: (304) 234-0110