# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

         **Appellee,**

**v.**

**STEVEN SEEGER,**

         **Appellant.**

**APPEAL NO. 25-4526**

## SECOND MOTION OF THE UNITED STATES
## FOR AN EXTENSION OF TIME TO FILE A RESPONSE BRIEF

Now comes the United States of America and Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, by Kimberley D. Crockett, Assistant United States Attorney for said District, and states as follows:

The United States would move the Court to extend the deadline for the Government's response brief to May 20, 2026. On March 20, 2026, the United States Government filed its first motion to continue and indicated a 60-day extension was needed to file its response brief in as much as the defense counsel was only able to agree to a 30-day extension on behalf of her client. The government asked for the April 20, 2026, deadline, but forecast it would likely need additional time. The Government's previous trial conflicts have continued to impact the timely filing of the response brief, but an extension to May 20, 2026, is sufficient to complete the

filing. Counsel conferred with defense counsel as to the need to file an extension and there is no objection.

Wherefore, for all of these reasons, the United States moves the court to extend the period for the filing of the response brief until May 20, 2026.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By:    /s/ Kimberley D. Crockett
Kimberley D. Crockett
Assistant United States Attorney

## Certificate of Service

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on April 20, 2026, the *foregoing Second Motion of The United States for an Extension of Time to File a Response Brief* was electronically filed with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

Elizabeth Franklin-Best
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204

                    MATTHEW L. HARVEY
                    UNITED STATES ATTORNEY


          By:    /s/Kimberley D. Crockett
                    Kimberley D. Crockett
                    Assistant U. S. Attorney
                    217 West King Street, Suite 400
                    Martinsburg, WV 25401
                    (304) 262-0590
                    Fax: (304) 234-0110