**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**UNITED STATES OF AMERICA,**
          **Appellee,**

**v.**                                              **Appeal No.        25-4526**

**STEVEN DAVID SEEGER,**
          **Appellant.**

**UNITED STATES' MOTION TO SUSPEND BRIEFING SCHEDULE**

The United States, pursuant to Local Rule 27(f)(1), moves the Court to suspend the briefing schedule during the pendency of the United States' Motion to Dismiss.  The basis for this motion is that the United States seeks to have the issue of the defendant's waiver of his appellate rights decided prior to the preparation and filing of briefs in this matter.  4th Cir. R. 27(f)(2) ("Motions to dismiss based upon the ground that the appeal is not within the jurisdiction of the Court or on other procedural grounds should be filed within the time allowed for the filing of the response brief."); *United States v. Ashford*, 103 F.4th 1052, 1056 (4th Cir. 2024); *United States v. Myers,* 849 Fed.Appx. 430, n.1 (4th Cir. 2021) (per curiam).

As the Eleventh Circuit Court of Appeals observed,

Motions to dismiss based upon sentence appeal waivers should be decided at the earliest stage in the process at which it is feasible to do so, and except in extraordinary circumstances should not be carried with the case until after briefing.  Carrying such a motion with the case until after briefing deprives the government of the benefit that it has

1

bargained for and obtained in the plea agreement containing the sentence waiver.

*United States v. Buchanan*, 131 F.3d 1005, 1008 (11th Cir. 1997) (per curiam).

The United States conferred with defense counsel regarding the filing of the Motion to Suspend Briefing Schedule and defense counsel takes no position on the motion.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By:   /s/ Kimberley Crockett
      Kimberley Crockett (WVSB 9335)
      Assistant United States Attorney
      217 W. King Street
      Martinsburg, WV 25401
      (304) 262-0590

## CERTIFICATE OF SERVICE

I, Kimberley Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that, on May 14, 2026, the foregoing **UNITED STATES' MOTION TO SUSPEND BRIEFING SCHEDULE** was filed with the Clerk of Court using the CM/ECF system served upon the following:

Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204

Martin P. Sheehan
Sheehan & Associates, P.L.L.C.
1140 Main St., Suite 333
Wheeling, WV 26003

*Counsel for Appellant*

Further, a true and accurate copy was mailed to the appellant using the United States Postal Service, first class, postage pre-paid, to the following address:

Steven David Seeger
Register Number: 25025-511
FCI Victorville Medium II
13777 AIR EXPRESSWAY BLVD
VICTORVILLE, CA   92394

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By:     /s/ Kimberley D. Crockett
        Kimberley D. Crockett (WV 9335)
        Assistant United States Attorney
        217 W. King Street
        Martinsburg, West Virginia 25401
        304-262-0590