**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 14, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 25-4526,    US v. Steven Seeger
                1:24-cr-00042-TSK-MJA-1

TO:     United States of America

MOTION DUE:  May 18, 2026

Please file the motion identified below by the due date indicated using the
**MOTION** entry.

[X] **MOTION / file supplemental appendix**

T. Webb, Deputy Clerk
804-916-2702