**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**UNITED STATES OF AMERICA,**
        **Appellee,**

**v.**                                      **Appeal No.       25-4526**

**STEVEN DAVID SEEGER,**
        **Appellant.**

**UNITED STATES' UNOPPOSED
MOTION TO FILE SUPPLEMENTAL APPENDIX**

The United States, by Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, and Kimberley D. Crockett, Assistant United States Attorney, moves this Court pursuant to Rule 30(c) of the Local Rules of Appellate Procedure for leave to file the Supplemental Appendix [ECF 26] that was erroneously filed under seal prior to the filing of this motion. The Supplemental Appendix consists of the revised, filed Presentence Investigation Report.

This appeal raises, in part, a challenge to the restitution order.  The Presentence Investigation Report reflects objections and restitution matters which are relevant to the matters on appeal.

Counsel for Appellant, Elizabeth Franklin-Best, has no objection to this motion.

Accordingly, the United States respectfully moves this Court for leave to file the Supplemental Appendix.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By:   /s/ Kimberley D. Crockett
      Kimberley D. Crockett, WVSB 9335
      Assistant United States Attorney
      217 W. King Street, Suite 400
      Martinsburg, WV 25401
      (304) 262-0590

## <u>CERTIFICATE OF SERVICE</u>

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that, on May 14, 2026, the foregoing **UNITED STATES' UNOPPOSED MOTION TO FILE SUPPLEMENTAL APPENDIX** was filed with the Clerk of Court using the CM/ECF system which will notify counsel of record herein.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By:    /s/ Kimberley D. Crockett
Kimberley D. Crockett
Assistant United States Attorney