## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 14, 2026

_____

RESPONSE REQUESTED

_____

No. 25-4526,    <u>US v. Steven Seeger</u>

    1:24-cr-00042-TSK-MJA-1

TO:    Steven David Seeger

RESPONSE DUE: 05/26/2026

Response is required to the motion to dismiss on or before 05/26/2026.

T. Webb, Deputy Clerk
804-916-2702