FILED:  May 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4526
(1:24-cr-00042-TSK-MJA-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

STEVEN DAVID SEEGER, a/k/a Stephen David Seeger

        Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk