# ELIZABETH FRANKLIN-Best

### APPELLATE AND FEDERAL CRIMINAL LAW

The Honorable Nwamaka Anowi
Clerk of Court
Fourth Circuit Court of Appeals
1100 East Main Street, Suite 501
Richmond, Virginia 23219

May 21, 2026

Re:     *USA v. Steven Seeger*, 25-4526

Dear Clerk:

I am writing this brief letter to clarify the Government did not misrepresent Appellant's position with respect to its request to suspend briefing pending the Court's resolution of its motion to dismiss Appellant's restitution claim. In Appellant's response, we noted we were opposed; in the Government's motion, it noted our position as No Position. I did not adequately confer with co-counsel as to our position on the issue and accept full responsibility for the inconsistency. Counsel for Appellant and the Government have conferred and have resolved to prevent this mistake from occurring again. My apologies for any inconvenience this has caused.

Sincerely,

Elizabeth Franklin-Best

*Counsel for Steven Seeger*