FILED: June 25, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 25-4526
(1:24-cr-00042-TSK-MJA-1)

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

   v.

STEVEN DAVID SEEGER, a/k/a Stephen David Seeger,

       Defendant - Appellant.

O R D E R

Steven David Seeger seeks to appeal his convictions and sentence. The Government has moved to dismiss the appeal in part as barred by Seeger's waiver of the right to appeal included in the plea agreement. Upon review of the record and the submissions relative to the Government's motion, we conclude that Seeger's appeal of the restitution order is barred by the appeal waiver. Accordingly, we grant the Government's motion and dismiss the appeal in part.

The Clerk shall reinstate the briefing schedule for the remainder of the appeal by separate order.

For the Court

/s/ Nwamaka Anowi, Clerk