**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 29, 2026

_____

RESPONSE REQUESTED

_____

No. 25-4526,    <u>US v. Steven Seeger</u>
1:24-cr-00042-TSK-MJA-1

TO:     United States of America

RESPONSE DUE: 07/09/2026

Response is required to the motion to reconsider and vacate on or before 07/09/2026.

A. Brownlee, Deputy Clerk
804-916-2702