FILED: October 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-4526
(1:24-cr-00042-TSK-MJA-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

STEVEN DAVID SEEGER, a/k/a Stephen David Seeger

Defendant - Appellant

---

O R D E R

---

Upon consideration of submissions relative to appellant's motion to reconsider and vacate the order entered on June 25, 2026, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk