**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**UNITED STATES OF AMERICA,**
**Appellee,**

**v.** **Appeal No. 25-4526**

**STEVEN DAVID SEEGER,**
**Appellant.**

**UNITED STATES' UNOPPOSED MOTION TO FILE**
**<u>SECOND SUPPLEMENTAL APPENDIX UNDER SEAL</u>**

The United States, by Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, and Kimberley D. Crockett, Assistant United States Attorney, moves this Court pursuant to Rule 30(c) of the Local Rules of Appellate Procedure for leave to file the Second Supplemental Appendix Under Seal consisting of one digital media file that was made part of the record below.

This appeal concerns the denial of Appellant Steven David Seeger's motion to suppress evidence. During the suppression hearing, relevant audio telephone recording was admitted into evidence but was inadvertently omitted during the preparation of the joint appendix. The audio reflects the interview between the Appellant and Texas authorities, which is relevant to the matters on appeal.

The audio is a matter of record under Rule 10(a) of the Federal Rules of Appellate Procedure because it is an original exhibit filed in the district court. The audio recording was docketed as "Gov't Exhibit 3 – Full Audio call of Officer Keith

Lee (March 22, 2021) (US203)." The audio is one digital media file that is approximately 9.2 megabytes.

Accordingly, the United States respectfully moves this Court for leave to file a Second Supplemental Appendix Under Seal consisting of the aforementioned audio.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By: /s/ Kimberley D. Crockett
Kimberley D. Crockett, WVSB 9335
Assistant United States Attorney
217 W. King Street, Suite 400
Martinsburg, WV 25401
(304) 262-0590

## CERTIFICATE OF SERVICE

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that, on October 21, 2026, the foregoing **UNITED STATES' UNOPPOSED MOTION TO FILE SECOND SUPPLEMENTAL APPENDIX UNDER SEAL** was filed with the Clerk of Court using the CM/ECF system which will notify counsel of record herein.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By: /s/ Kimberley D. Crockett
Kimberley D. Crockett
Assistant United States Attorney