**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**UNITED STATES OF AMERICA,**
**Appellee,**

**v.** **Appeal No. 25-4526**

**STEVEN DAVID SEEGER,**
**Appellant.**

**UNITED STATES' MOTION TO WITHDRAW**
**MOTION FOR SECOND SUPPLEMENTAL APPENDIX UNDER SEAL**

The United States, by Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, and Kimberley D. Crockett, Assistant United States Attorney, moves this Court to withdrawn Motion for Second Supplemental Appendix Under Seal [ECF 47].

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By: /s/ Kimberley D. Crockett
Kimberley D. Crockett, WVSB 9335
Assistant United States Attorney
217 W. King Street, Suite 400
Martinsburg, WV 25401
(304) 262-0590

## CERTIFICATE OF SERVICE

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that, on October 21, 2026, the foregoing **UNITED STATES' MOTION TO WITHDRAW MOTION FOR SECOND SUPPLEMENTAL APPENDIX UNDER SEAL** was filed with the Clerk of Court using the CM/ECF system which will notify counsel of record herein.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By: /s/ Kimberley D. Crockett
Kimberley D. Crockett
Assistant United States Attorney