FILED: October 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-4526
(1:24-cr-00042-TSK-MJA-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

STEVEN DAVID SEEGER, a/k/a Stephen David Seeger

Defendant - Appellant

O R D E R

Upon consideration of the motion to withdraw the motion to file a supplemental appendix, the court grants the motion to withdraw.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk