**Case No. 25-4526**

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

United States of America,
Appellee

v.

Steven David Seeger,
Appellant

Appeal from the United States District Court
For the Northern District of West Virginia

---

**MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLANT'S REPLY BRIEF**

---

Appellant Steven David Seeger, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Appellate Procedure 26(b) for a three (3) week extension of time to file his reply brief. The current deadline is October 30, 2026. Counsel requests an extension until **November 20, 2026**.

Counsel has a reply brief due October 26, 2026, in a writ of habeas corpus for a death penalty case, *James Hutto III v. Burl Cain, Commissioner, Mississippi Department of Corrections, and Lynn Fitch, Attorney General of the State of Mississippi*, case No. 3:20-cv-98-DPJ, in the Southern District of Mississippi, Northern Division.

Also, Counsel has to prepare for and travel to Mobile, Alabama, for a sentencing hearing on November 2, 2026, in *United States of America v. Deanne Naman Vinson* for the Southern District of Alabama in the Southern Division, case No. 1:25-cr-00196-JB-MU.

Counsel also has two oral arguments scheduled for November 4, 2026, in the South Carolina Court of Appeals for *The State v. William G. Ackerman Jr.*, Appellate Case No. 2024-001749, and *The State v. Randy L. Flower*, Appellate Case No. 2023-000126.

Counsel has conferred with Kimberly Crockett of the US Attorney's Office, and she is not opposed to this request.

**WHEREFORE**, Appellant Steven Seeger respectfully requests that this Court grant a three (3) week extension of time to file his reply brief, extending the deadline from October 30, 2026, to November 20, 2026.

Respectfully submitted,

/s/ Elizabeth Franklin-Best
Elizabeth A. Franklin-Best
3710 Landmark Drive
Columbia, SC 29204
Telephone: (803) 445-1333
Email: elizabeth.a.franklin@gmail.com

*Attorney for Appellant Steven Seeger*

October 26, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically filed the foregoing Motion for Extension of Time to File Appellant's Reply Brief with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

/s/ Elizabeth Franklin-Best
Elizabeth A. Franklin-Best