FILED: October 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-4526
(1:24-cr-00042-TSK-MJA-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

STEVEN DAVID SEEGER, a/k/a Stephen David Seeger

Defendant - Appellant

---

O R D E R

---

The court grants the motion to extend filing time and extends the time for filing the reply brief to 11/20/2026. Any further request for an extension of time in which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk