**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 19, 2026

---

DOCKET CORRECTION NOTICE

---

No. 25-4526, US v. Steven Seeger
1:24-cr-00042-TSK-MJA-1

TO: Steven David Seeger

FILING CORRECTION DUE: November 24, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[X] Incorrect event used. Please refile the Reply Brief using the **BRIEF FILED** entry and select "Reply" as the brief type.

A. Brownlee, Deputy Clerk
804-916-2702